IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME ELI McCOY, | No. 2:23-CV-1636-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| SACRAMENTO POLICE DEPARTMENT, et al., | |
| Defendants. | |

    Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion to proceed in forma pauperis. <u>See</u> ECF No. 2. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Plaintiff's request to proceed in forma pauperis is, therefore, granted.

    The sufficiency of Plaintiff's complaint and service thereof will be addressed separately.

    IT IS SO ORDERED.

Dated: August 22, 2023

                                      _____
                                      DENNIS M. COTA
                                      UNITED STATES MAGISTRATE JUDGE